# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**TANGELA WATTS**                                                                                                  **PLAINTIFF**

**VS.**                                              **4:19-CV-00879-BRW**

**DALLAS COUNTY CHILD
PROTECTIVE SERVICE UNIT,** *ET AL.*                                          **DEFENDANTS**

### ORDER

The events described in Plaintiff's complaint all appear to have occurred in Dallas, Texas. Accordingly, the Clerk of the Court is directed to immediately TRANSFER this case to the United States District Court for the Northern District of Texas.

IT IS SO ORDERED this 11th day of December, 2019.

                                                  Billy Roy Wilson_____
                                                  UNITED STATES DISTRICT JUDGE